# UNITED STATES DISTRICT COURT

for the _____ District of _____ New Jersey

| UNITED STATES OF AMERICA<br>V.<br>ARTHUR EDWARDS | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 8/28/2014 | | 14-MJ-4527(DEA) | 1:14-MJ-399 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of    18    U.S.C. § 1341

DISTRICT OF OFFENSE
SOUTHERN DISTRICT OF INDIANA

DESCRIPTION OF CHARGES:

WIRE FRAUD

CURRENT BOND STATUS:

X Bail fixed   $50,000   ~~and conditions were not met~~
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   X No   ☐ Yes   Language:

DISTRICT OF   SOUTHER DISTRICT OF INDIANA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

September 2, 2014                           _/s/ signature_
_____                _____
        Date                                        Judge
                                    Douglas E. Arpert, U.S.M.J.

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |