UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :
                               :    MAGISTRATE NO. 14-4527(DEA)
                               :
v.                             :
                               :    ORDER
                               :
ARTHUR EDWARDS                 :

It is on this __28 TH__ day of __AUGUST__, 2014,

ORDERED that ____BRIAN REILLY____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant ARTHUR EDWARDS, for the purpose of the Initial Appearance on August 28, 2014.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge